UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**JEFFREY YOUNG**   **PLAINTIFF(S)**

**VS**   **CIVIL ACTION NO. 3:13CV-71-H**

**AVERITT EXPRESS, INC.**   **DEFENDANT(S)**

## **ORDER**

      The parties having notified the Magistrate Judge of a settlement in this matter pursuant to a settlement conference (DN#22) ;

      **IT IS HEREBY ORDERED** that this case is **DISMISSED** from the Court's docket with leave to reinstate within forty-five (45) days. Counsel may tender a supplemental order of dismissal if they so desire. **The pretrial conference scheduled for JUNE 26, 2014 and the jury trial scheduled for JULY 29, 2014 are REMANDED from the Court's Docket.**

Date: December 12, 2013

Copies to counsel
Jury Clerk